```
AUDET & PARTNERS, LLP
William M. Audet (CA 117456)
Joshua C. Ezrin (CA 220157)
Adel A. Nadji (CA 232599)
221 Main Street, Suite 1460
San Francisco, CA 94105
Telephone: 415.568.2555
Facsimile: 415.568.2556
```

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. C-07-1982 CRB<br><br>MDL No. 1699<br><br>JUDGE BREYER |
| This Document relates to:<br><br>NANNETTE LAMPHERE<br>Individual Case No. 07-1982 | **STIPULATION AND ORDER OF DISMISSAL ONLY AS TO CASE NUMBER 07-1982 CRB, ORIGINALLY FILED IN THE NORTHERN DISTRICT OF CALIFORNIA** |

IT IS HEREBY STIPULATED AND AGREED by and between counsel for Plaintiff and counsel for Defendants that the Complaint of Plaintiff NANNETTE LAMPHERE originally filed in the Northern District of California, Case Number 07-1982, and later transferred to the MDL No. 1699, *In Re: Bextra and Celebrex, Marketing, Sales Practices and Product Liability Litigation*, may be and is hereby dismissed without prejudice.

1  The parties hereby stipulate that should Plaintiff ever re-file Plaintiff's
2  claim, Plaintiff will only re-file in Federal Court. The parties shall each bear their
3  own costs.

4  DATED: June 25, 2007                    AUDET & PARTNERS, LLP

                                          By:  /s/ Adel A. Nadji
                                          William M. Audet
                                          Joshua C. Ezrin
                                          221 Main Street, Suite 1460
                                          San Francisco, CA 94105
                                          Telephone: 415.568.2555
                                          Facsimile: 415.568.2556

                                          Attorneys for Plaintiff
                                          Nannette Lamphere

12 DATED: June 25, 2007                   GORDON & REESE LLP

                                          By: _____
                                          Stuart Gordon, Esq.
                                          Gordon & Reese LLP
                                          275 Battery Street, Suite 2000
                                          San Francisco, CA 94105
                                          Telephone: (213) 430-3400
                                          Facsimile: (213) 430-3409

                                          Attorneys for Defendants
                                          PFIZER INC., PHARMACIA
                                          CORPORATION, and
                                          MONSANTO COMPANY (the
                                          Monsanto Company now known
                                          as Pharmacia Corporation)

1 | **PURSUANT TO STIPULATION, IT IS SO ORDERED**

3 | Dated: 7/9/2007

_____
HONORABLE CHARLES R. BREYER